<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALONA JENNINGS, et al., *Plaintiffs*, v. THS GROUP LLC, et al., *Defendants*. | Civil Action No. 24-9610 **ORDER** June 30, 2025 |

**SEMPER**, District Judge.

This matter having come before the Court on Plaintiff Christopher Massey's ("Plaintiff") motion to remand (ECF 3), and Magistrate Judge José R. Almonte's Report and Recommendation finding this Court lacks jurisdiction and recommending remand (ECF 13), and Defendants Borough of Bergenfield, Corey Gallo, Mustafa Rabboh, Rafael Marte, Salvador Deauna, Ora C. Kornbuth, Thomas A. Lodato, Marc Pascual, Hernando Rivera, and Domingo Almonte (collectively "Defendants") having objected to the Report and Recommendation (ECF 15), and the Court having considered the submissions of the parties, for the reasons stated in this Court's Opinion dated June 30, 2025,

**IT IS** on this 30th day of June 2025,

**ORDERED** that Judge Almonte's Report and Recommendation (ECF 13) is adopted; and it is further

**ORDERED** that Plaintiffs' Motion to Remand (ECF 3) is **GRANTED**; and it is finally

**ORDERED** that this matter be **REMANDED** to the Superior Court of New Jersey, Law Division, Bergen County; and it is finally

**ORDERED** that this matter shall be marked **CLOSED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig:   Clerk
cc:     José R. Almonte, U.S.M.J.
        Parties

2